IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41280
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DARRELL WAYNE HARDWAY,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-97-CR-20-1
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:*

    Court-appointed counsel for Darrell Wayne Hardway has filed
a brief as required by Anders v. California, 386 U.S. 738 (1967),
and we have independently reviewed counsel's brief and the
record, and found no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5th Cir. R. 42.2.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.